

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-19-00191-CV

Alexander Webster **PIERCE** III,
Appellant

v.

Julia Tomlin **PIERCE**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-10620
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

On March 28, 2019, the Bexar County District Clerk filed a notification of late record indicating Appellant has not yet paid for the record but is mailing the payment. The district clerk requested additional time to prepare the clerk's record until April 8, 2019.

On April 1, 2019, the Bexar County District Clerk filed the record. The motion is GRANTED. The clerk's record is deemed timely filed.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court